IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KELLY GEANOUS,

        Plaintiff,                               06cv0824

v.                                            **ELECTRONICALLY FILED**

PITTSBURGH POLICE DEPARTMENT,

        Defendant.

## Order of Court

AND NOW, this 11th day of September, 2006, for the reasons set forth in the foregoing memorandum opinion, IT IS HEREBY ORDERED as follows:

    (1)    Defendant's Motion to Dismiss (doc. no. 3) is GRANTED.

    (2)    Plaintiff's Letter Motion to Appoint Counsel (doc. no. 7) is DENIED.

    (3)    This case is hereby DISMISSED WITH PREJUDICE.

    (4)    The Clerk shall mark the docket closed.

                                              SO ORDERED this 11th day of September, 2006.

                                              s/Arthur J. Schwab
                                              Arthur J. Schwab
                                              United States District Judge

cc:    All counsel of record as listed below

Kelly A. Geanous
245 Avenue B
Pittsburgh, PA 15221

Christopher J. Sichok, Esquire
City of Pittsburgh Department of Law
414 Grant Street
313 City-County Building
Pittsburgh, PA 15219